IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| LLOYD HAROLD GOODE, | ) |
| --- | --- |
| Petitioner, | ) ) ) |
| v. | ) NO. 3:07-0415 ) JUDGE HAYNES |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

## ORDER

In accordance with the Order of remand from the Sixth Circuit Court of Appeals and pursuant to 28 U.S.C. § 2253(c), the Court **GRANTS** a Certificate of Appealability as to Petitioner's claim of ineffective assistance of counsel.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___ day of June, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge